IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ALMA J. LOCKETT                                                                              PLAINTIFF

VERSUS                                                       CIVIL ACTION NO. 4:06CV16-TSL-JMR

ALFA INSURANCE COMPANY
AND TAWANDA PRICE                                                                      DEFENDANTS
_____

AGREED ORDER
REMANDING CASE TO THE CIRCUIT COURT OF NOXUBEE COUNTY, MISSISSIPPI
_____

Came on for hearing on this date, the Motion to Remand filed by Alma J. Lockett, Plaintiff, in the above styled and numbered cause. The Court, after having considered said Motion, and having been advised that the parties have resolved the issue of remand in this cause by agreement, ORDERS as follows:

I.

The above styled and numbered cause is hereby remanded to the Circuit Court of Noxubee County, Mississippi. Following remand of this case to the Circuit Court of Noxubee County, Mississippi, the Plaintiff shall:

(a)   File her Amended Responses to Request for Admissions propounded by Alfa Insurance Corporation in this cause in the Circuit Court of Noxubee County, Mississippi.

(b)   File in the Circuit Court of Noxubee County, Mississippi in this cause, Plaintiff's Stipulation of Damages which were filed in this Court in conjunction with Plaintiff's Motion to Remand.

(c) Plaintiff will further stipulate that, if she attempts to withdraw, further amend or acts contrary to any of her Amended Responses to Request for Admissions and her Stipulation of Damages, the Defendant, Alfa Insurance Corporation, may immediately remove this case to Federal Court, even after the one-year limitation in Section 1446(b) for removal has passed, and be subject to any sanctions imposed by this Court.

It is further ORDERED that the request for attorney's fees, expenses, and costs by the parties herein is denied.

So ORDERED on this the 28th day of March, 2006.

/S/ TOM S. LEE
UNITED STATES DISTRICT COURT JUDGE

AGREED TO:

/s/ W. HOWARD GUNN
W. HOWARD GUNN
Attorney for Plaintiff

/s/ AL NUZZO
AL NUZZO
Attorney for Defendant, Alfa
Insurance Corporation

ao17073